UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches © d/b/a
Dr. Blood's orgy of organs,
Plaintiff

Civil No.

v.

2:07-CV-2663 GEB GGH PC

LOUISIANA STATE UNIVERSITY, "LSU" TIGERS; LES MILES;
SKIP BERTMAN Athletic Director; Baton Rouge,
Defendants

Complaint

BCS Ranking Fraud / Jumping Spots in Line / 42 USC 1983 / TRO

Comes now the Plaintiff, Jonathan Lee Riches, pro-se, under 42 USC 1983. This is a Major scam defendants committed. Their players and staff threatened the U.S.A. Today top 25 coach's poll and Blackmailed them to Jump from #7 to #2 in the Rankings. LSU Athletic director is Knowing for "Skipping". LSU cheats on the football field. Yellow colors that blinds opponents. Also Fema has been secretly giving LSU players government food that is suppose to go to Katrina victims instead. Fema has been providing LSU players with Bread loafed with steroids, and goat cheese with High and McGuires 1998 Andro. Fema and Defendants figure if the players are on steroids it gives them a Major Advantage to win games, this Allows LSU to get Bowl money and National Attention and Money generated to the state. This Keeps Fema's hands clean in helping Katrina victims. The Gov't will continue to collect middle class taxpayers money, but instead of giving it to Katrina victims, the gov't pockets the difference. LSU players are Never tested for steroids. I move this Court to compel to testing before the BCS championship game. Defendants also get home field Advantage that gives Louisiana more money. Just Like the conspiracy last year giving the New Orleans Saint to play in the NFC championship game After cheating Against the philly eagles. I seek 25 million from Defendants.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches ©