IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                      No. CIV S-07-2663 GEB GGH P

    vs.

LOUISIANA STATE UNIV., et al.,

    Defendants.            <u>ORDER</u>

          /

On April 17, 2008, judgment was entered. On October 1, 2008, and on January 13, 2009, plaintiff filed putative "motions" for reconsideration and for recusal of "the judge" and/or "the judges"; in the latter motion, plaintiff lists a number of undifferentiated cases. These motions are denied as frivolous.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 1, 2008 (# 7), and January 13, 2009 (#8) purported motions for reconsideration and for recusal are denied.

DATED: March 19, 2009

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
rich2663.dny